ERNST THALMANN et al., as Copartners under the Firm Name of LADENBURG, THALMANN & COMPANY, Respondents, *v.* LADD J. LEWIS, JR., et al., as Copartners under the Firm Name of THE LEWIS KNITTING COMPANY, Appellants.

*Thalmann* v. *Lewis,* 121 App. Div. 836, affirmed.
(Argued May 20, 1909; decided June 1, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 5, 1907, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court in an action to recover an amount alleged to be due the plaintiffs for loans to a third party secured by the pledge of certain merchandise which had been delivered to defendants and accepted and retained by them with notice of plaintiffs' lien.

*Henry J. Hemmens, Charles I. Taylor* and *Thomas H. Beardsley* for appellants.

*J. Markham Marshall* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: CULLEN, Ch. J.